TUVWPÁÕÜŒVÖÖ
*Kevin H. Sharp*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:13:00097-8 |
| v. ) | |
| ) | Chief Judge Sharp |
| ) | |
| WILLIAM CHAD NIXON ) | |

**UNITED STATES' MOTION FOR LEAVE TO FILE
DOCUMENT UNDER SEAL**

The United States of America, by its attorneys David Rivera, United States Attorney for the Middle District of Tennessee, and Brent A. Hannafan, Assistant United States Attorney, hereby requests that this Court allow the United States to file a document under seal in this case. In support thereof, the United States submits the following.

The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order #167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a motion for leave of court to do so, via the court's electronic system. The United States therefore respectfully requests that this Court permit the filing of a document under seal.

Respectfully submitted,

DAVID RIVERA
UNITED STATES ATTORNEY

By: s/ Brent A. Hannafan
Brent A. Hannafan
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151

1